Argued and submitted February 23, affirmed on appeal; affirmed in part and remanded in part on cross-appeal November 23, 1983

BEENEY,
*Appellant - Cross-Respondent,*

*v.*

HUSE et ux,
*Respondents - Cross-Appellants,*

(77-3173-L-1; CA A23271)

671 P2d 1207

John R. Hanson, Medford, argued the cause for appellant - cross-respondent. With him on the brief was Black & Hanson, Medford.

Kelly L. Andersen, Central Point, argued the cause and filed the brief for respondents - cross-appellants.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This case involves the sale of an 80-acre parcel of property, two easements and several buildings, including two storage sheds and a two-car garage located on one of the easements. We affirm as to all issues on the appeal. On cross-appeal, we remand to the trial court for a determination and award of attorney fees and affirm as to all other issues.

As to claims made under the 1976 real estate contract, the trial court entered judgment against defendants for $1,171.48 and against plaintiff for $2,000. Inasmuch as defendants received a net recovery on the *claims made under the agreement,* they are entitled to an award of attorney fees for those claims successfully prosecuted or defended under the agreement.

Affirmed on the appeal; remanded to the trial court on the cross-appeal for determination and award of attorney fees; affirmed on the cross-appeal as to all other issues.